THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARAYL TRACEY, Appellant. [787 NYS2d 542]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered January 14, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of robbery in the second degree (Penal Law § 160.10 [1]). The knowing, intelligent and voluntary waiver by defendant of his right to appeal encompasses his challenge to the severity of the sentence (*see People v Lococo*, 92 NY2d 825, 827 [1998]). The waiver also encompasses the contention of defendant that he was denied his statutory right to a speedy trial pursuant to CPL 30.30 and, in any event, that contention is forfeited by his plea of guilty (*see People v Egan*, 6 AD3d 1206, 1207 [2004], *lv denied* 3 NY3d 639 [2004]; *People v Dewitt*, 295 AD2d 937, 938 [2002], *lv denied* 98 NY2d 709, 767 [2002]). Although the further contention of defendant that he was denied his constitutional right to a speedy trial survives both the waiver of the right to appeal and the guilty plea (*see Egan*, 6 AD3d at 1207; *Dewitt*, 295 AD2d at 938), that contention is lacking in merit (*see generally People v Taranovich*, 37 NY2d 442, 444-445 [1975]). Present—Green, J.P., Pine, Hurlbutt, Martoche and Smith, JJ.